# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOON BANG, | Case No.: CV 19-01710-CJC(Ex) |
| Plaintiff, | |
| v. | JUDGMENT |
| UNITED STUDENT AID FUNDS, INC.; and DOES 1 - 10, Inclusive, | |
| Defendants. | |

Plaintiff Joon Bang brings this action against United Student Aid Funds ("USAF"). The Court granted Defendant's motion for summary judgment on Plaintiff's Fair Debt Collection Practices Act ("FDCPA") claim and declined to exercise supplemental jurisdiction over his remaining state law claims. In light of that, the Court hereby **ORDERS** that:

/ / /
/ / /

1. Plaintiff shall take nothing on his complaint against Defendant;
2. Judgment is hereby entered in favor of Defendant on Plaintiff's FDCPA claim.

DATED:     April 7, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE